UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 07 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| AARON STRONG, ) | 1:22-cr-0083 TWP-MG |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

1. On or about August 18, 2019, in the Southern District of Indiana, the defendant, AARON STRONG, while acting under color of law as a Lieutenant for the New Castle Police Department, willfully deprived J.W. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, AARON STRONG used an expandable baton to strike J.W. multiple times without legal justification. The offense resulted in bodily injury to J.W. and involved the use of a dangerous weapon.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT 2
## Witness Tampering
## 18 U.S.C. § 1512(b)(3)

2. On or about September 4, 2019, in the Southern District of Indiana, the defendant, AARON STRONG, knowingly engaged in misleading conduct toward another person with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information related to the actual and possible commission of a federal offense. Specifically, AARON STRONG knowingly made false statements relating to the offense charged in Count 1 to A.W., an officer of the Indiana State Police.

All of which is a violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT 3
## Deprivation of Rights Under Color of Law
## 18 U.S.C. § 242

3. On or about July 12, 2017, in the Southern District of Indiana, the defendant, AARON STRONG, while acting under color of law as a Lieutenant for the New Castle Police Department and a Commander of the Henry County S.W.A.T. Team, willfully deprived pretrial detainee T.C. of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the unreasonable use of force by a law enforcement officer. Specifically, AARON STRONG used his foot to strike T.C. in and about the head without legal justification. The offense resulted in bodily injury to T.C.

All of which is a violation of Title 18, United States Code, Section 242.

## COUNT 4
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

4.  On or about July 12, 2017, in the Southern District of Indiana, the defendant, AARON STRONG, while acting under color of law as a Lieutenant for the New Castle Police Department and a Commander of the Henry County S.W.A.T. Team, willfully deprived pretrial detainee E.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the unreasonable use of force by a law enforcement officer. Specifically, AARON STRONG shot E.S. in the back with a "bean bag" shotgun round at close range without legal justification. The offense resulted in bodily injury to E.S. and involved the use of a dangerous weapon.

All of which is a violation of Title 18, United States Code, Section 242.

A TRUE BILL:

ZACHARY A. MYERS
United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _____
Peter A. Blackett/njl
Assistant United States Attorney

_____
Alec Ward
Trial Attorney