UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:22-cr-0083-TWP-MG |
| | ) | |
| AARON STRONG, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 19, 2022**
**HONORABLE PAUL R. CHERRY, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Indictment filed on July 7, 2022. Defendant appeared in person and by retained counsel Guy Relford. Government represented by AUSA Brad Shepard for AUSA Peter Blackett. USPO represented by Courtney Ratzlaff.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **August 1, 2022**.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived formal arraignment and reading of the indictment on the record.

Government did not seek pretrial detention.

Defendant ordered released on conditions of pretrial release pending further proceedings before the court.

Date: 7/20/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system